# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**RICHARD ARROWSMITH,**

    **Plaintiff,**

**v.**                                                                                      **Case No: 5:25-mc-3-ACC-PRL**

**JOHN G. SYMEONIDES, M.D.,**
**L.L.C., et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on the motion of GSJDL Recovery Fund, LLC to change Plaintiff's name. (Doc. 4). On March 21, 2025, Richard Arrowsmith Liquidating Trustee, sold to GSHDL Recovery Fund, LLC its rights and obligations with respect to this litigation and the claims asserted against Defendants. (Doc. 2-1). As a result of this sale, GSHDL Recovery Fund, LLC, is now the proper Plaintiff. Upon due consideration, the motion (Doc. 4) is granted. The Clerk is directed to **terminate** Plaintiff, Richard Arrowsmith, from this case and **substitute** him with GSHDL Recovery Fund, LLC.

GSHDL Recovery Fund, LLC has also filed a motion for issuance of a writ of garnishment as to Bank of America. (Doc. 2). On January 30, 2018, Plaintiff obtained a judgment in the United States Bankruptcy Court for the Eastern District of Virginia against Defendants, John G. Symeonides, M.D., L.L.C., John G. Symeonides, and Stacy T. Symeonides, in the amount of $5,320.00. (Doc. 1). On January 27, 2025, Plaintiff registered the judgment with this Court. (Doc. 1). There remains due and owing $5,320.00, plus post-judgment interest. Now, Plaintiff moves for the writ of garnishment and suggests that Bank

- 2 -

of America may have in its possession and control certain monies or property belonging to Defendants, sufficient to satisfy the judgment in part. Pursuant to Fed. R. Civ. P. 69, the Court must follow state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Plaintiffs' motion for issuance of writ of garnishment (Doc. 2) is **granted**, and the Clerk is directed to issue the Writ of Garnishment (including the Notice and Claim of Exemption) attached to the motion. (Doc. 2). Plaintiff must fully comply with all notice requirements of §77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on July 21, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties