UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**GSHDL RECOVERY FUND, LLC,**

    **Plaintiff,**

v.                                                                             Case No: 5:25-mc-3-ACC-PRL

**JOHN G. SYMEONIDES, MD., LLC,**
**et al.,**

    **Defendants.**

_____

## ORDER

Plaintiff has filed a motion for final judgment in garnishment, seeking a final judgment in its favor and against Bank of America, N.A. (the "Garnishee") with respect to a writ of garnishment issued by the Court. (Doc. 11). In the motion, Plaintiff asks the Court to tax "Plaintiff's garnishment costs in the amount of $155.00 against Defendants." Then, in the proposed order, Plaintiff seeks to tax costs against Defendants in the amount of $100.00. (Doc. 11 at 3). In addition to these conflicting numbers, Plaintiff fails to offer any explanation as to the legal basis for taxing Plaintiff's garnishment costs against Defendants. The Court will allow Plaintiff an opportunity, on or before **September 15, 2025**, to clarify its request that its garnishment costs be taxed against Defendants, absent which the Court will recommend denial of the request.

DONE and ORDERED in Ocala, Florida on September 5, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy